| Prob 22 (2/98) | TRANSFER OF JURISDICTION | RECEIVED 2005 NOV 17 A 9:56 | DOCKET NUMBER (Tran Court) 0419 2:00cr90-2 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec Court) 2:05cr272-T |
| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Kristie Elaine WARD 1433 County Road Valley, AL 36854 | DISTRICT Western District North Carolina | | DIVISION Bryson City Division |
| | NAME OF SENTENCING JUDGE The Honorable Lacy H. Thornburg | | |
| | DATES OF PROB/TSR RELEASE | FROM 08/20/03 | TO 08/19/06 |

OFFENSE

21 USC 841(d)(1); 18 USC 2 Possession of Pseudoephedrine & Ethyl Ether w/Intent to Manufacture Methamphetamine, Sch. II; aid & abet

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9-22-05
Date

United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Alabama

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/27/2005
Date

United States District Judge