**COURTROOM DEPUTY MINUTES**          DATE:___2/2/06___
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING:___11:52 - 11:56___

- √  **INITIAL APPEARANCE**
- ☐  **DETENTION HEARING**
- ☐  **REMOVAL HEARING (R.40)**
- ☐  **ARRAIGNMENT**
- ☐  **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐  **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE CHARLES S. COODY          DEPUTY CLERK: WANDA STINSON**

**CASE NO.___3:05CR272-T-CSC___          DEFT. NAME:  KRISTIE ELAINE WARD___**

**USA:___TODD BROWN___          ATTY:___PATRICIA KEMP___**

Type Counsel:  ( ) Retained; ( ) Panel CJA; ( ) Waived; ( √ ) CDO ;

**USPTSO / USPO:___DAVID CHAPPELL___**

**Defendant _____ does __√__ does NOT need an interpreter;**
**Interpreter present ___√___ NO _____ YES     NAME_____**

---

√ Kars.          Date of Arrest ___2/2/06___     or   ☐ karsr40

√ kia.          Deft. First Appearance. Advised of rights/charges.  √ Pro/Sup Rel Violator

√ Finaff.          Financial Affidavit executed ☐ to be obtained by PTSO

√ koappted     **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**

☐20appt.          Panel Attorney Appointed; ☐ to be appointed - prepare voucher

☐          Deft. Advises he will retain counsel. Has retained _____

☐          Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;

☐          Government's **WRITTEN** Motion for Detention Hrg. filed.

☐          **DETENTION HRG** ☐ held; ☐ set for_____; ☐ **Prelim. Hrg** ☐ Set for_____

☐ kotempdtn.     **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered

☐kodtn.          **ORDER OF DETENTION PENDING TRIAL** entered

☐ kocondrls.     Release order entered. ☐ Deft. advised of conditions of release.

☐ kbnd.          ☐ **BOND EXECUTED** (M/D AL charges) $ _____  Deft released (kloc LR)

               ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered

√ Loc.(LC)          Bond **NOT** executed. Deft to remain in Marshal's custody

☐ ko.          Deft. **ORDERED REMOVED** to originating district

☐ kwvprl.          Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)

☐          Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.

☐Karr.          **ARRAIGNMENT** SET FOR:_____ ☐**HELD**. Plea of **NOT GUILTY** entered.

               ☐ **Trial Term** _____; ☐ **PRETRIAL CONFERENCE DATE:** _____

               ☐**DISCOVERY DISCLOSURES DATE:** _____

☐ Krmknn.     **NOTICE** to retained Criminal Defense Attorney handed to Counsel

☐ krmvhrg.          Identity/Removal Hearing set for _____

☐ Kwvspt          **Waiver of Speedy Trial Act Rights Executed.**

     ** Court **ORDERS** that the deft. be held in custody pending further proceedings.  Atty. Kemp is to contact court as to deft's medical condition and as to what time is good to schedule preliminary hrg.