IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:05CR272-T-CSC |
| | ) | |
| KRISTIE ELAINE WARD | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a Fed.R.Crim. P. 32.1 preliminary hearing on the petition to revoke the defendant's supervised release be and is hereby set for **February 8, 2006, at 3:30 p.m.**, before Chief United States Magistrate Judge Charles S. Coody, in Courtroom 4-B, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 2nd day of February, 2006.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE