# United States District Court
## for
## Middle District of Alabama

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kristie Elaine Ward   Case Number: 2:05cr272-T

Name of Sentencing Judicial Officer: The Honorable Lacy H. Thornburg, U.S. District Judge (WD/NC)

Date of Original Sentence: October 9, 2001

Date of Transfer of Jurisdiction: October 27, 2005

Name of Assigned Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Original Offense: Possession of Pseudoephedrine & Ethyl Ether with Intent to Manufacture Methamphetamine, Sch. II; Aid & Abet.

Original Sentence: 26 months custody of Bureau of Prisons to be followed by a (3) three year term of supervised release.

Type of Supervision: Supervised Release   Date Supervision Commenced: August 20, 2003

Assistant U.S. Attorney: Todd Brown   Defense Attorney: Patricia Kemp

## PETITIONING THE COURT

[] To issue a warrant
[ ] To issue a summons (Defendant is in custody)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1- Standard Condition #14: "The defendant shall participate in a program of testing and treatment or both for substance abuse if directed to do so by the probation officer, until such time as the defendant is released from the program by the probation officer." | Kristie Elaine Ward failed to participate and complete a inpatient substance abuse treatment program as directed in that on January 24, 2006, she was terminated from the Chemical Addictions program (CAPS) for having inappropriate sexual contact with an employee and other patients.<br><br>Ward entered the inpatient program on January 11, 2006, at the direction of the supervising probation officer. |

PROB 12C
(7/93)

2

**Standard Condition No. 13.** "**The defendant shall refrain from excessive use of alcohol and shall not unlawfully purchase, possess, use, distribute or administer any narcotic or other controlled substance.**"

On February 2, 2006, Kristie Elaine Ward submitted a urine sample that tested presumptive positive for the use of marijuana. Ward verbally admitted to smoking marijuana "a few days before" entering the Chemical Addictions program for inpatient treatment.

U.S. Probation Officer Recommendation:

[ ] The term of supervision should be
    [x] revoked.
    [ ] extended for _ years, for a total term of _ years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by James Chappell
U.S. Probation Officer
Date: February 6, 2006

Reviewed and approved: _____
Scott Wright
Supervising U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date