IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr272-MHT |
| **KRISTIE ELAINE WARD** | ) | |

### ORDER

It is ORDERED that the revocation petitions (Doc. Nos. 3 & 9) are set for hearing on February 27, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 8th day of February, 2006.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE