COURTROOM DEPUTY MINUTES　　　　　　　　　　DATE:　February 8, 2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:51 p.m. to 4:29 p.m.

☐ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT
☐ PRELIMINARY EXAMINATION
✓ PRELIMINARY REVOCATION HRG

| | |
|---|---|
| PRESIDING MAG. JUDGE **CHARLS S. COODY** | DEPUTY CLERK: *WANDA STINSON* |
| CASE NO. 2:05CR272-M*HT-CSC* | DEFT. NAME: KRISTIE ELAINE WARD |
| AUSA: TODD BROWN | ATTY: *KEVIN BUTLER* |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO |
| | ( ) Stand In ONLY |
| USPO: JAMES CHAPPELL | |
| Defendant ___ does ✓ does NOT need an interpreter:   YES   NAME: | |

(  ) COURT PROCEEDINGS: - **PRELIMINARY REVOCATION/DETENTION HEARING**

## SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Preliminary Revocation Hrg. - 02:05cr272-MHT-CSC
**Date:** 2/8/2006
**Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 3:51:57 PM | Court | Court convenes; parties present as noted; Govt. calls first witness; |
| 3:52:23 PM | Atty. Brown | Discussions regarding the Amended Petition; Calls Mr. Rob Hunt; |
| 3:53:01 PM | Atty. Butler | Ask that the rule be invoked |
| 3:53:09 PM | Court | Witness are excused from the the courtroom; |
| 3:53:11 PM | Atty. Brown | Testimony begins; |
| 3:57:51 PM | Atty. Butler | Cross - examination; Discussion of defts termination from CAPS program; |
| 4:07:15 PM | Court | Witness is excused; |
| 4:07:21 PM | Atty. Brown | Calls Ronnie Porchia, Therapist @ CAPs; witness is sworn and seated; |
| 4:11:17 PM | Atty. Butler | Cross - examination; |
| 4:12:08 PM | Court | Wintess is excused |
| 4:12:15 PM | Atty. Brown | Call James Chappell USPO, witness is sworn and seated; |
| 4:18:15 PM | Atty. Butler | Cross - examination; |
| 4:25:49 PM | Court | Witness is excused; |
| 4:25:53 PM | Brown | Calls Tamara Martin, USPO, witness is sworn and seated; Discussion as to the positive drug test of the Deft; |
| 4:28:28 PM | Atty. Butler | Cross - examination; |
| 4:29:02 PM | Court | Witness is excused; |
| 4:29:07 PM | Atty. Butler | Addresses the court as to the issue of detention; |
| 4:29:39 PM | Court | Find that there is probable cause to believe that the deft violated her conditions of supervised release and Orders that the deft be detained pending final revocation proceedings; |
| 4:29:54 PM | Atty. Brown | That has been docked for 2/27/06; |
| 4:29:58 PM | Court | Court is recessed. |