IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　Plaintiff<br><br>vs.<br><br>KRISTIE ELAINE WARD<br><br>　　　Defendant | CASE NO.: 2:05CR272-MHT-CSC |

## WITNESS LIST:

**GOVERNMENT**

1. Mr. Rob Hunt, Interim Director for CAPS
2. Mr. Ronnie Porchia, Therapist @ CAPS
3. Mr. James Chappell, USPO
4. Mrs. Tamara Martin, USPO

**DEFENDANT**

1.　　　N/A