AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

KRISTIE ELAINE WARD

**NOTICE**

CASE NUMBER: 3:05-cr-272-MHT

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**REVOCATION HEARING** BEFORE JUDGE MYRON H. THOMPSON

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | February 27, 2006, 2:00 PM | **FEBRUARY 27, 2006, 10:00 AM** |

DEBRA P. HACKETT, CLERK, USDC, MIDDLE AL
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 24, 2006
DATE

(BY) DEPUTY CLERK