# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE       AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __FEBRUARY 27, 2006__    AT __11:06__ A.M./P.M.

DATE COMPLETED __FEBRUARY 27, 2006__    AT __3:52__ A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Cr No. 3:05-cr-272-MHT |
| ) | |
| KRISTIE ELAINE WARD ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Verne Speirs | X | Atty Kevin Butler |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Nicole Birch, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING: **REVOCATION HEARING**

| | |
|---|---|
| 11:06 a.m. | Revocation hearing commenced. No plea agreement; defendant will plead guilty to charges. Court finds the defendant competent to enter a plea; defendant advised of rights, charges and limits of punishment. Guilty plea entered; Court's oral finding adjudicating the defendant guilty. |
| 11:10 a.m. | Sentencing phase of revocation hearing commenced. |
| 11:35 a.m. | Hearing to resume at 2:30 p.m. |
| 3:50 p.m. | Hearing continued. Court directs that he wants to hear from Dr Renfro in this case and he wants PO and defense counsel to explore other sentencing options. Hearing will be reset with a report (re sentencing options) to be filed in the interim. |
| 3:52 p.m. | Court recessed. |