IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-CR-272-MHT |
| | ) | |
| **KRISTIE ELAINE WARD** | ) | |
| | ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Todd A. Brown, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this the 2nd day of March, 2006.

                                               LEURA G. CANARY
                                               UNITED STATES ATTORNEY

                                               s/Todd A. Brown
                                               TODD A. BROWN
                                               Assistant United States Attorney
                                               One Court Square, Suite 201
                                               Montgomery, AL 36104
                                               Phone: (334)223-7280
                                               Fax: (334)223-7135
                                               E-mail: todd.brown@usdoj.gov
                                               ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. **3:05-CR-272-MHT** |
| | ) | |
| **KRISTIE ELAINE WARD** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler, Esquire.

                         Respectfully submitted,
                         LEURA G. CANARY
                         UNITED STATES ATTORNEY

                         /s/ Todd A. Brown
                         TODD A. BROWN
                         Assistant United States Attorney
                         One Court Square, Suite 201
                         Montgomery, AL 36104
                         Phone: (334)223-7280
                         Fax: (334)223-7135
                         E-mail: todd.brown@usdoj.gov
                         ASB-1901-O64T