IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA    )
                                         )
   v.                              )   CRIMINAL ACTION NO.
                                         )      3:05cr272-MHT
KRISTIE ELAINE WARD     )

### ORDER

Based upon the representations made in open court on February 27, 2006, it is ORDERED as follows:

(1) The revocation hearing is continued to March 15, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

(2) By March 13, 2006, the government, defendant Kristie Elaine Ward, and the Probation Department are to submit to the court a joint statement reflecting the opinion or opinions of the parties as to what sentence defendant Ward

should receive in light of her guilty plea, which has already been accepted by the court.

DONE, this the 8th day of February, 2006.


                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE