IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr272-MHT |
| **KRISTIE ELAINE WARD** | ) | |

## ORDER

Because of a scheduling conflict, it is ORDERED that the revocation hearing for defendant Kristie Elaine Ward, now set for March 15, 2006, is reset for March 16, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 10th day of March, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**