IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 3:05cr272-MTH |
| | ) | |
| KRISTIE ELAINE WARD | ) | |

**JOINT STATUS MEMORANDUM, UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING & REQUEST FOR TEMPORARY RELEASE OF DEFENDANT TO DEFENSE CUSTODY**

COMES NOW the Defendant, by and through undersigned counsel, Kevin L. Butler, Esq., and pursuant to this Court's March 8, 2006, Order, Federal Rule of Criminal Procedure 32.1(b)(2) and the interest of justice, submits the following Joint Status Memorandum, Unopposed Motion to Continue Revocation Hearing and Request For Temporary Release of Defendant To The Custody of Agent of the Federal Public Defender. In support of this motion, the Defendant states the following:

1. In a Petition for Offender Under Supervision, Ms. Ward is charged with violating two conditions of her supervised release.

2. At the revocation hearing conducted on February 27, 2006, evidence was presented indicating that there is a strong likelihood Ms. Ward may be suffering from mental health problems and in need of drug treatment.

3. At the conclusion of the hearing and prior to pronouncing sentence, this Court directed the United States Probation Office and the defense to confer and determine: (1) the nature and extent of Ms. Ward's mental health problems and (2) whether there

        are any mental health programs available to assist Ms. Ward.

4.        On March 10, 2006, Dr. Catherine Boyer performed a psychiatric assessment of Ms. Ward. Dr. Boyer confirmed the diagnosis of post traumatic stress syndrome that was made in August of 2005 by Dr. Guy Renfo.

5.        Dr. Boyer also recommended that Ms. Ward be placed in an inpatient long term mental health and drug treatment program.

6.        Based upon this information, undersigned counsel, with the assistance of the United States Probation Office, spoke with placement director of the Alethia House 201 Finley Avenue, Birmingham, Alabama. The Alethia House is an all female "dual" diagnosis facility that provides long term (4-12 months) treats for individuals who may be suffering from mental health problems and drug addiction. Alethia House informed undersigned counsel that a tentative entry date for Ms. Ward would be March 29, 2006. (Exhibit 1)

7.        The United States Probation Office, by and through James Chappell and the United States Attorney, by and through Todd Brown, Esq., do not oppose placement of Ms. Ward at the Alethia House and a continuance of the revocation hearing until such time as Ms. Ward completes her treatment at the Alethia House.[1]

WHEREFORE, the Defendant, respectfully requests:

–        The revocation hearing in this case be continued generally, so as to allow Ms. Ward time to receive placement at the Alethia House, 201 Finley Avenue, Birmingham,

---

[1] The United States and the United States Probation Office reserve their right to pursue any punitive action should Ms. Ward further violates any of the terms of her supervised released while the hearing is continued.

      Alabama 35201 [(205) 324-6502].

– The Court enter an order allowing Ms. Ward to be released from the custody of the United States Marshal's into the custody of an agent of the Federal Public Defender for same day transportation to the Alethia House, **once** the Federal Public Defender presents the United States Marshal's with verification of Ms. Ward's placement at the Alethia house.

Dated this 13th day of March 2006.

                                     Respectfully submitted,

                                     s/ Kevin L. Butler
                                    KEVIN L. BUTLER
                                    First Assistant Federal Defender
                                    201 Monroe Street, Suite 407
                                    Montgomery, Alabama 36104
                                    Phone: (334) 834-2099
                                    Fax: (334) 834-0353
                                    E-mail: kevin_butler@fd.org
                                    AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 3:05cr272-MTH |
| ) | |
| KRISTIE ELAINE WARD ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Todd Brown, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138