# ALETHEIA HOUSE

March 10, 2006

To: Federal Defenders Office

Fr: Denice Dentson, Quality Assurance

Re: Kristi Ward (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)

To Whom It May Concern,

This letter is to confirm that Ms. Kristi Ward has been given a tentative date of entry into our program on March 29, 2006.

If you have any questions or concerns please feel free to contact me at 205-324-6502 Extension 27.

Sincerely,

*[signature]*

Denice Dentson Q.A.

P.O. Box 1514        Birmingham, Alabama 35201        324-6502

A United Way Agency