UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) DOCKET NO. 3:05CR272-MHT |
| KRISTIE ELAINE WARD | ) |

## ORDER GRANTING MOTION TO CONTINUE REVOCATION HEARING

It is hereby ordered that The Unopposed Motion to Continue Revocation Hearing and Request for Temporary Release of the Defendant to Defense Counsel Custody filed on March 13, 2006, is granted and the revocation hearing is continued generally.

It is further ordered that the defendant be released from the custody of the U.S. Marshal to be transported by an agent of the Federal Public Defender or an officer of the court to the Alethia House, 201 Finley Avenue, Birmingham, AL 35201 on this date. The defendant is ordered to successfully complete the inpatient substance abuse/mental health program and abide by all rules and regulations as set out in the program. While in the program, the defendant will remain under the same supervised release status conditions as set out in the Judgement and Commitment Order dated October 9, 2001.

Upon the defendant's successful completion of the Alethia House Treatment Program, the probation office will submit a written status report and further recommendation with the court.

DONE this 16th day of March, 2006.

MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE