PROB 12A
(7/93)

# United States District Court

## for

## Middle District of Alabama

## Report on Offender Under Supervision

Name of Offender: Kristie Elaine Ward                               Case Number: 2:05cr272-T

Name of Sentencing Judicial Officer: The Honorable Lacy H. Thornburg, U.S. District Judge (WD/NC)

Date of Original Sentence: October 9, 2001

Date of Transfer of Jurisdiction: October 27, 2005

Name of Assigned Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Original Offense: Possession of Pseudoephedrine & Ethyl Ether with Intent to Manufacture Methamphetamine, Sch. II; Aid & Abet.

Original Sentence: 26 months custody of Bureau of Prisons to be followed by a (3) three year term of supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: August 20, 2003

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Standard Condition No. 13. **"The defendant shall refrain from excessive use of alcohol and shall not unlawfully purchase, possess, use, distribute or administer any narcotic or other controlled substance."** | On July 12, 2006, the defendant submitted a urine sample that tested positive for the use of marijuana. Ward verbally admitted to the use and the violation. |

**U.S. Probation Officer Action/Recommendation:**

On June 11, 2006, Ward successfully completed the inpatient drug treatment program at the Aletheia House in Birmingham, Alabama. She has been referred for continued outpatient/aftercare treatment with the Opelika Addictions Center.

This officer recommends that no action be taken by the court on the above mentioned violation and the revocation hearing continued by your Honor on March 16, 2006. This officer further recommends the defendant be continued on supervised release.

Ward is a 34 year old female who has a long history of drug abuse. It is this officer's opinion that Ward will continue to struggle with her addiction for the rest of her life.

Respectfully submitted,

by    /s/ James Chappell

James Chappell
U.S. Probation Officer
Date: August 1, 2006

Reviewed and approved:    /s/ Scott Wright
                          Scott Wright
                          Supervisory U.S. Probation Officer

*The Court directs that additional action be taken as follows:*

[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons
[X]    Other: This non-compliance report is set for hearing on August 23, 2006, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.
[ ]    Concur with Probation Officer's recommendation
[ ]    No action necessary

/s/ Myron H. Thompson
Signature of Judicial Officer

August 3, 2006
Date