IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | CR. NO. **3:05-CR-272-MHT** |
| | ) | |
| **KRISTIE ELAINE WARD** | ) | |
| | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Terry F. Moorer, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this the 23rd day of August, 2006.

                                                LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                s/Terry F. Moorer
                                                TERRY F. MOORER
                                                Assistant United States Attorney
                                                One Court Square, Suite 201
                                                Montgomery, AL 36104
                                                Phone: (334)223-7280
                                                Fax: (334)223-7135
                                                E-mail: terry.moorer@usdoj.gov
                                                ASB-1176-O73T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CR. NO. 3:05-CR-272-MHT |
| ) | |
| KRISTIE ELAINE WARD ) | |
| ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler, Esquire.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T