# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   August 23, 2006           AT  10:05   A.M./P.M.

DATE COMPLETED   August 23, 2006           AT  11:17   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:05-cr-272-MHT
     VS.

KRISTIE ELAINE WARD

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Terry Moorer | X | Atty Kevin L. Butler |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:       REVOCATION HEARING

| | |
|---|---|
| 10:05 a.m. | Hearing commenced re 1) Non-Compliance Report 2) Sentencing phase of 2/27/06 revocation hearing. Defendant previously entered guilty plea to petition as amended. Defendant requests that no action be taken re non-compliance report. Court directs probation to draft another sentencing proposal for the defendant to be placed on supervised release for two years minus forty four days for time served. |
| 10:28 a.m. | Recess. |
| 11:13 a.m. | Sentence imposed. |
| 11:17 a.m. | Hearing concluded. |