PROB 12A
(7/93)

# United States District Court

## for

### Middle District of Alabama

### Report on Offender Under Supervision

Name of Offender: Kristie Elaine Ward                Case Number: 3:05cr272-MHT

Name of Sentencing Judicial Officer: The Honorable Lacy H. Thornburg, U.S. District Judge (WD/NC)

Date of Original Sentence: October 9, 2001

Original Sentence: 26 months custody of Bureau of Prisons to be followed by a (3) three year term of
        supervised release.
Date of Transfer of Jurisdiction: October 27, 2005

Name of Assigned Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Revocation: August 23, 2006

Revocation sentence: 44 days with credit for time served with 686 days of supervised release.

Original Offense: Possession of Pseudoephedrine & Ethyl Ether with Intent to Manufacture Methamphetamine,
        Sch. II; Aid & Abet.

Type of Supervision: Supervised Release        Date 2nd term of Supervision Commenced: August 23, 2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition: **"The defendant shall refrain from any unlawful use of a controlled substance."** | On January 11, 2008, the defendant submitted a urine sample that tested positive for the use of marijuana. Ward signed a statement admitting to smoking marijuana on or about January 4, 2008. |

**U.S. Probation Officer Action/Recommendation:**

This officer recommends that no action be taken by the Court on the above mentioned violation. This is the defendant's first violation since being placed back on supervised release. Ward has been issued a strong verbal reprimand and this officer plans on increasing personal contacts in an effort to deter any further drug use.

Respectfully submitted,

by     /s/ James Chappell
       James Chappell
       U.S. Probation Officer
       Date: January 25, 2008

PROB 12A
(7/93)

2

Reviewed and approved: ____/s/ David Ron Thweatt_____
                              Supervisory U.S. Probation Officer

---

*The Court directs that additional action be taken as follows:*

[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons
[X]    Other: Because the supervised release for defendant Kristie Elaine Ward has already been revoked once for failure "to participate in and complete an inpatient substance abuse treatment program as directed" and failure "to refrain from use of Marijuana," Doc. No. 28, it is ORDERED that this noncompliance summary is set for hearing on February 20, 2008, at 2:00 p.m. in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.  The clerk of the court is DIRECTED to arrange for the appointment of counsel for defendant Ward.
[ ]    Concur with Probation Officer's recommendation
[ ]    No action necessary

                                                    ____/s/ Myron H. Thompson_____
                                                    Signature of Judicial Officer


                                                    _____January 28, 2008_____
                                                    Date