# United States District Court
## for

## Middle District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kristie Elaine Ward                Case Number: 3:05cr272-MHT

Name of Sentencing Judicial Officer: The Honorable Lacy H. Thornburg, U.S. District Judge (WD/NC)

Date of Original Sentence: October 9, 2001

Original Sentence: 26 months custody of Bureau of Prisons to be followed by a (3) three year term of supervised release

Date of Transfer of Jurisdiction: October 27, 2005

Name of Assigned Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Revocation: August 23, 2006

Revocation sentence: 44 days with credit for time served with 686 days of supervised release.

Original Offense: Possession of Pseudoephedrine & Ethyl Ether with Intent to Manufacture Methamphetamine, Sch. II; Aid & Abet.

Type of Supervision: Supervised Release        Date 2nd term of Supervision Commenced: August 23, 2006

Assistant U.S. Attorney: Matthew W. Shepherd        Defense Attorney: Christine A. Freeman

## PETITIONING THE COURT

[ ]    To issue a warrant
[X]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition: **"The defendant shall refrain from any unlawful use of a controlled substance."** | On January 29, 2008, Kristie Elaine Ward submitted a urine sample that tested positive for the use of marijuana and Hydrocodone. |

U.S. Probation Officer Recommendation:

[ ]    The term of supervision should be
    [x]    revoked.
    [ ]    extended for _ years, for a total term of _ years.

[ ]    The conditions of supervision should be modified as follows:

PROB 12C
(7/93)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 13, 2008

/s/ James Chappell
James Chappell
U. S. Probation Officer

Reviewed and approved:   /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

Signature of Judicial Officer

Date