IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL ACTION NO.** |
| ) | **3:05cr272-MHT** |
| **KRISTIE ELAINE WARD** ) | |

## ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 31) is granted.

DONE, this the 13th day of February, 2008.

   /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**