# United States District Court
## for

## Middle District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kristie Elaine Ward                              Case Number: 3:05cr272-MHT

Name of Sentencing Judicial Officer: The Honorable Lacy H. Thornburg, U.S. District Judge (WD/NC)

Date of Original Sentence: October 9, 2001

Original Sentence: 26 months custody of Bureau of Prisons to be followed by a (3) three year term of supervised release

Date of Transfer of Jurisdiction: October 27, 2005

Name of Assigned Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Revocation: August 23, 2006

Revocation sentence: 44 days with credit for time served with 686 days of supervised release.

Original Offense: Possession of Pseudoephedrine & Ethyl Ether with Intent to Manufacture Methamphetamine, Sch. II; Aid & Abet.

Type of Supervision: Supervised Release         Date 2nd term of Supervision Commenced: August 23, 2006

Assistant U.S. Attorney: Matthew W. Shepherd            Defense Attorney: Christine A. Freeman

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition: **"The defendant shall refrain from any unlawful use of a controlled substance."** | On January 29, 2008, Kristie Elaine Ward submitted a urine sample that tested positive for the use of marijuana and Hydrocodone. |

U.S. Probation Officer Recommendation:

[ ]   The term of supervision should be
    [x]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 13, 2008

/s/ James Chappell
James Chappell
U. S. Probation Officer

Reviewed and approved:   /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons, and a hearing is set for February 20, 2008, at 2:00 p.m. in the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.
[ ]   Other

/s/ Myron H. Thompson
Signature of Judicial Officer

February 13, 2008
Date