IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 3:05-cr-272-MHT |
| | ) | |
| **KRISTIE ELAINE WARD** | ) | |

### UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

**COMES NOW** the defendant, KRISTIE ELAINE WARD, by undersigned counsel, and respectfully moves the Court to continue the hearing now set on the petition for warrant filed in the in the above-styled case. That hearing is now set for Wednesday, February 20, 2008 at 2:00 p.m.

As grounds for this motion, counsel would show:

1. The government does not oppose this motion.

2. A new petition, making a new allegation and seeking revocation instead of modification, was filed on February 13, 2008 and reviewed by defense counsel on February 14.

3. The defendant is unable to meet with defense counsel today and defense counsel is unable to meet with the defendant on February 18, a federal holiday, or February 19, due to a scheduled hearing.

4. Defense counsel therefore requests a continuance of this matter, to allow additional time for preparation for the hearing.

5. Defense counsel will be out of town on February 27 - 29 and both defense and government counsel will be in sentencings before this Court on March 6.

WHEREFORE, Defendant requests that this Motion be granted.

Respectfully submitted,

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Assistant United States Attorney, 131 Clayton Street, Montgomery, Alabama 36101.

        Respectfully submitted,

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org