IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr272-MHT |
| KRISTIE ELAINE WARD | ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) The motion to continue (doc. no. 37) is granted.

(2) The hearing on the noncompliance report (doc. no. 29) and the revocation petition (doc. no. 32), now set for February 20, 2008, is reset for March 6, 2008, at 10:00 a.m. in the in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 15th day of February, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE