March 3, 2008

To Whom It May Concern:

I'm writing this letter in support of Kristi E. Ward who is engaged to my oldest son Chad Russell Tate.

I have known this individual for almost 2 years and have also met her mother and son Chance. When I first met Kristi she won a special spot in my heart. Kristi wanted me to know everything about her life so there would be no secrets. As a parent and husband of 36 years I appreciated that. I wasn't sure at first if this relationship would last or not but it seems to have only grown stronger. My son is a self-employed Over the Road Truck Driver that owns his own 2006 KW Tractor & Trailer and makes a great income. He really loves Kristi and is ready to take on the responsibility of supporting her. She would be in a safe and drug free environment being with Chad as well as someone to provide for her. She is always welcome to come to our home and we would make sure she had everything she needed. I feel that if Kristi was given a chance to get out of her hometown and be with someone like my son that her life would change entirely.

I would like for you to know a little about me:

I am a retired US Army, Command Sergeant Major, with over 26 years honorable service to my country. After retiring from the Army in 1995 I served as the International Vice President & Legislative Affairs Representative, representing our military men and women in Congress for the Non Commissioned Officers Association (NCOA). In December 2005 I was once again forced to retire due to Liver Cancer and moved to Lebanon Missouri so we would be near Chad for support. He was there for us in the same manner he would be for Christy. In May 2006 I decided to return back to work in our new hometown of Lebanon Missouri where I am the Marketing Manager for Lindsay Auto Group consisting Chevrolet, Ford, Dodge & Chrysler. My wife and I have 2 sons, 1 Daughter, 5 Grandchildren and 2 Great Grandchildren.

Please consider very strongly about allowing Kristi the opportunity to move on with her life. I feel you will be completely satisfied with the results. I have spent all of my life dealing with men and women of all ages and walks of life. I want to see her excel in her life and be apart of Chad's. They need the opportunity to be happy and have a family.

Sincerely Yours,
James M. Tate
CSM, US Army Retired

10950 Edwards Road
Lebanon, Missouri 65536
417-594-0734