Untitled

March 4, 2008

Chad Russell Tate
10950 Edwards Road
Lebanon, Mo. 65536
417-694-2082 Cell

To Whom it may concern,

I'm writing this letter in support of Kristi E. Ward whom I've been engaged to since June 2006.

I'd like to ask the courts to please give me the opportunity to take care of and provide for Kristi with a safe and drug free enviroment. I am a professional Over the Road Truck Driver that owns my own 2006 Kenworth Tractor and work under my own authority. I made a good living and will ensure Kristy has everything needed for a good life. Kristi and me make a great couple and she is always so happy when we are together and we really are in love with each other. I feel that if Kristi were given the opportunity to be with me that she would never be in trouble again with anything. I will ensure that she pays her child support as well as visits her children. I am a very family orientated person and already get involved in the lifes of her family.

I don't think that Kristi has anyone other than me and my parents that show any concern for her future. Her family will not take any responsibility for her up bringing and refuse to except any blame and won't come to her trial for fear of being told they had apart in what caused her to turn in the wrong direction. I can not attend her court date due to my job but wish I could! I can't express to you how much I hope that you will do the right thing and allow me and her the opportunity for a future together. Prison is not the answer to her future but I feel with all my heart that I am.

Thank you taking the time to read my letter and all I can do is hope it will help to sit her free and move on to a future with me.

Sincerely,

*Chad Russell Tate*
Chad Russell Tate