IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
|                             ) | |
|    v.                       ) | CRIMINAL ACTION NO. |
|                             ) |     3:05cr272-MHT |
| KRISTIE ELAINE WARD         ) | |

## ORDER

Based upon the representations made in open court on March 6, 2008, and by agreement of the parties, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The revocation petition (Doc. No. 32) is denied without prejudice.

(2) The conditions of supervised release are modified to contain the following additional condition: Defendant Kristie Elaine Ward is to report on March 6, 2008, to The Love Lady Center In-patient Drug Treatment Program located in Birmingham, Alabama. Defendant Ward shall participate and comply with the rules of that facility.

  **(3) All other conditions of supervised release are to remain in full force and effect.**

  **DONE, this the 7th day of March, 2008.**

           <u>/s/ Myron H. Thompson</u>
           **UNITED STATES DISTRICT JUDGE**